UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:04-CV-1853-JMS |
| v. ) | |
| ) | |
| BROWNSBURG BUSINESS PARK, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The parties having filed their Joint Motion to Enter an Agreed Judgment, and the court now having considered the same, hereby finds that the motion should be granted.

Judgment is hereby entered in favor of the plaintiff, Lamar Advantage GP Company, LLC, and against the defendant, Brownsburg Business Park, Inc. in the amount of $95,000. Costs paid.

Date: 09/10/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Edward A. McGlone
edmcglonelaw@verizon.net

Edward R. Hannon
ehannon@hannonhutton.com